# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**KARL HANKEY,**

                **Plaintiff,**

**vs.**                                    **Case No.: 19-cv-136-bbc**

**NANCY BERRYHILL,**
        **Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

      ***Notice is hereby given*** that Karl Hankey, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated March 20, 2020 and the judgment dated March 20, 2020 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Nancy Berryhill, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

      Dated this 16th day of April, 2020.

                           **DUNCAN DISABILITY LAW, S.C.**
                           Attorneys for the Plaintiff

                           /s/ Dana W. Duncan
                           _____
                           Dana W. Duncan
                           State Bar I.D. No. 01008917
                           555 Birch St
                           Nekoosa, WI 54457
                           (715) 423-4000